**MORGAN, LEWIS & BOCKIUS LLP**
Harvey Bartle IV
502 Carnegie Center
Princeton, NJ 08540-6241
Tel: (609) 919-6685
Email: harvey.bartle@morganlewis.com

Andrew J. Gallo (*pro hac vice* pending)
T. Charlie Liu (*pro hac vice* pending)
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
Email: andrew.gallo@morganlewis.com
         charlie.liu@morganlewis.com

Bryan M. Killian (*pro hac vice* pending)
David B. Salmons
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Tel: (202) 739-3000
Email: bryan.killian@morganlewis.com
         david.salmons@morganlewis.com

*Counsel to Appellant Peter Protopapas, in his capacity as Court-Appointed Receiver*

**SHERMAN, SILVERSTEIN,**
**KOHL, ROSE & PODOLSKY, P.A.**
Arthur J. Abramowitz
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
Email: aabramowitz@shermansilverstein.com
         rswitkes@shermansilverstein.com

**COOLEY LLP**
Cullen D. Speckhart
Michael Klein
Evan M. Lazerowitz
Jeremiah P. Ledwidge
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
Email: cspeckhart@cooley.com
         mklein@cooley.com
         elazerowitz@cooley.com
         jledwidge@cooley.com

**CAPLIN & DRYSDALE, CHARTERED**
Kevin C. Maclay
Todd E. Phillips
Serafina A. Concannon
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Email: kmaclay@capdale.com
         tphillips@capdale.com
         sconcannon@capdale.com

*Co-Counsel to the Official Committee of Talc Claimants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>WHITTAKER, CLARK & DANIELS, INC. | |
| PETER PROTOPAPAS,<br><br>                    Appellant. | |

| | |
|---|---|
| v.<br><br>WHITTAKER, CLARK & DANIELS, INC.,<br><br>        Appellee. | Civil Action No. 3:23-cv-04151-ZNQ |
| OFFICIAL COMMITTEE OF TALC CLAIMANTS,<br><br>        Appellant.<br><br>v.<br><br>WHITTAKER, CLARK & DANIELS, INC.,<br><br>        Appellee. | Civil Action No. 3:23-cv-04156-ZNQ |

## ASSENTED-TO JOINT MOTION TO CONSOLIDATE APPEALS

Appellants Peter Protopapas, in his capacity as court-appointed receiver (the "Receiver") of Whittaker, Clark & Daniels, Inc. ("WCD"), and the Official Committee of Talc Claimants of WCD and its affiliated debtors and debtors-in-possession (the "Committee" and collectively with the Receiver, the "Appellants") jointly move this Court, pursuant to Fed. R. Civ. P. 42(a) and Fed. R. Bankr. P. 8003(b)(2), to consolidate the above-captioned appeals: (1) Civil Action No. 3:23-cv-04151-ZNQ, by the Receiver; and (2) Civil Action No. 3:23-cv-04156-ZNQ, by the Committee. WCD, as appellee, has assented-to this motion and the consolidation of the appeals.

Pursuant to Federal Rule of Civil Procedure 42, if actions before a court involve a "common question of law or fact," a court may consolidate the actions, join for hearing or trial any or all of the matters at issue in the actions, or issue any other orders to "avoid unnecessary cost and delay." *See Ellerman Lines, Ltd. v. Atlantic & Gulf Stevedores, Inc.*, 339 F.2d 673, 675 (3d Cir. 1964). Similarly, under Federal Rule of Bankruptcy Procedure 8003(b)(2), when parties have separately filed notice of appeals, discretion is given to the Court to "join or consolidate" filed appeals. When exercising this discretion, a court should weigh the benefits of judicial economy against the potential for new delays, expense, confusion or prejudice. *Liberty Lincoln Mercury, Inc. v. Ford Marketing Corp. et al.*, 149 F.R.D. 65, 80 (D.N.J. 1993).

Consolidation is warranted here because the appeals by the Receiver and the Committee are identical. Both appeals challenge the *Order Denying Motion to Dismiss* [Case No. 23-13575, Dkt. No. 211] entered by the U.S. Bankruptcy Court for the District of New Jersey, are based on the same joint designation of items to be included in the record on appeal [Bankr. Dkt. Nos. 287, 342], and require adjudication of the same issues of law set forth in the joint statement of issues on appeal [Bankr. Dkt. No. 288]. The Appellants intend to file joint briefs and as noted above WCD, as appellee, consents to consolidation.

## **CONCLUSION**

For the foregoing reasons, the Appellants respectfully request that this Court consolidate Civil Action No. 3:23-cv-04151-ZNQ and Civil Action No. 3:23-cv-04156-ZNQ.

Dated:  August 23, 2023                     Respectfully submitted:

*/s/ Harvey Bartle IV*
**MORGAN, LEWIS & BOCKIUS LLP**
Harvey Bartle IV
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone:  (609) 919-6685
Facsimile:  (877) 432-9652
Email:  harvey.bartle@morganlewis.com

Andrew J. Gallo (*pro hac vice* pending)
T. Charlie Liu (*pro hac vice* pending)
101 Park Avenue
New York, NY 10178-0060
Telephone:  (212) 309-6000
Facsimile:  (212) 309-6001
Email:  andrew.gallo@morganlewis.com
            charlie.liu@morganlewis.com

Bryan M. Killian (*pro hac vice* pending)
David B. Salmons
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile:  (202) 739-3001
Email:  bryan.killian@morganlewis.com
            david.salmons@morganlewis.com

*Counsel to Appellant Peter Protopapas, in his capacity as Court-Appointed Receiver*

        */s/ Ross J. Switkes*
**SHERMAN, SILVERSTEIN,**
**KOHL, ROSE & PODOLSKY, P.A.**
Arthur J. Abramowitz
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700
Email: aabramowitz@shermansilverstein.com
      rswitkes@shermansilverstein.com

**COOLEY LLP**
Cullen D. Speckhart
Michael Klein
Evan M. Lazerowitz
Jeremiah P. Ledwidge
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000
Email: cspeckhart@cooley.com
     mklein@cooley.com
     elazerowitz@cooley.com
     jledwidge@cooley.com

**CAPLIN & DRYSDALE, CHARTERED**
Kevin C. Maclay
Todd E. Phillips
Serafina A. Concannon
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Tel: (202) 862-5000
Email: kmaclay@capdale.com
     tphillips@capdale.com
     sconcannon@capdale.com

*Co-Counsel to Appellant Official Committee of Talc Claimants*