# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETER PROTOPAPAS in his capacity as Court-Appointed Receiver and THE OFFICIAL COMMITTEE OF TALC CLAIMANTS,<br><br>   *Appellants*,<br><br> v.<br><br>WHITTAKER, CLARK & DANIELS, INC.,<br><br>   *Appellee*. | **Civil Action No. 23-4151 (ZNQ)** |

## **NOTICE OF APPEAL**

Notice is hereby given that Appellant Peter Protopapas, in his capacity as court-appointed receiver, appeals to the United States Court of Appeals for the Third Circuit from the Order dismissing the appeal from the bankruptcy court (Dkt. 37) entered on the 31st day of May, 2024, including all interlocutory orders that merge into the final judgment, including but not limited to the Opinion (Dkt. 36) also entered on the 31st day of May, 2024.

Dated: July 1, 2024

*/s/ Harvey Bartle IV*
**MORGAN, LEWIS & BOCKIUS LLP**
Harvey Bartle IV
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone: (609) 919-6685
Email:  harvey.bartle@morganlewis.com

Andrew J. Gallo
One Federal Street
Boston, MA 02110
Telephone:  (617) 341-7700
Facsimile:   (617) 341-7701

Bryan M. Killian
David B. Salmons
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Peter Protopapas, in his capacity as Court-Appointed Receiver*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2024, a true and correct copy of the foregoing document was served via electronic filing upon the counsel of record via the ECF system.

Dated: July 1, 2024                                                                    *s/Harvey Bartle IV*
                                                                                                    Harvey Bartle IV